STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Angela Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**Angela Jones,**<br><br>　　　　Defendants. | Case Number: cr 13-755 RS<br><br>**Joint Stipulation and [Proposed]　　Order Continuing Hearing Date**<br><br>Date: October 10, 2017<br>Time: 2:30 p.m. |

## STIPULATION

Counsel for defendant has been selected for jury service in a civil trial that is anticipated to continue until November 9, 2017, and is unavailable to appear during the currently set hearing date. Accordingly, counsel jointly request a continuance of the presently set status hearing from October 10, 2017, at 2:30 p.m., to **October 17, 2017, at 2:30 p.m.**

SO STIPULATED.

Dated: October 4, 2017　　　　　　　　　　　　　　　　*/s/ S. Waqar Hasib*
　　　　　　　　　　　　　　　　　　　　　　　　　　　WAQAR HASIB
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Jt. Stip. Cont. Hearing & [Prop.] Order
cr 13-755 RS　　　　　　　　　　1

Dated: October 4, 2017              /s/ Candis Mitchell
                                    CANDIS MITCHELL
                                    Attorney for Defendant Jones

## [Proposed] Order

For the reasons stated above, the Court continues the status hearing date from October 10, 2017, at 2:30 p.m., to **October 17, 2017, at 2:30 p.m.**

SO ORDERED.

Dated: 10/5/17                      _____
                                    **Richard Seeborg**
                                    United States District Judge